UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ISAAC MARTINEZ RODRIGUEZ**, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No: 1:25-cv-303 |
| **PAMELA JO BONDI**, United States Attorney General, et al. | § § § § | |
| Respondents. | § § | |

## ORDER

Before the Court is Petitioner Isaac Martinez Rodriguez's "Petition for Writ of Habeas Corpus" (Rodriguez's "§ 2241 Petition"). Dkt. No. 1. Rodriguez, a Mexican citizen, claims that his detention violates the Immigration and Nationality Act ("INA"). Dkt. No. 1 at 5–6. Rodriguez claims that 8 U.S.C. § 1226 should apply to him, and not, as Respondents argue, § 1225. *Id.* at 6.

It does not plainly appear from the § 2241 Petition that Rodriguez is not entitled to the requested relief. Rodriguez's allegations, taken together, suffice to raise genuine questions as to which statutory section properly applies to him and what relief, if any, he is entitled to. Therefore, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained," and must be returned within three days unless good cause exists to require additional time, not to exceed twenty days. *Id.*

The United States Supreme Court has made clear that for the purposes of a habeas corpus petition under 28 U.S.C. § 2241, the only proper respondent is the immediate

custodian of the petitioner with the ability to produce the petitioner before the Court. *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The Court, then, notes that the proper respondent is the custodial officer of the facility where Rodriguez is detained. *See id.*

Here, Rodriguez is held at the Port Isabel Detention Center ("PIDC") in Los Fresnos, Texas. Dkt. No. 1 at 1. Rodriguez's custodian, then, would appear to be warden of PIDC, Joan Milner. *Rumsfeld v. Padilla*, 542 U.S. 426, 440 n.13 (2004) (noting that "the proper respondent [in a § 2241 habeas action] is the person responsible for maintaining…the custody of the prisoner.").

It is **ORDERED** that Milner has **20 days** from the service of the § 2241 petition to state why the writ of habeas corpus should not issue. If Rodriguez chooses to file a reply to Milner's response, he must do so within **15 days** of receiving Milner's response.

The Clerk of Court is **DIRECTED** to correct the docket to reflect Joan Milner as the respondent, and to terminate all other listed respondents. If Milner is no longer the custodial officer for PIDC, the Government shall inform the Court of who is the proper respondent.

**SO ORDERED.**

**SIGNED** on this **15th** day of **December, 2025**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**